*Moe Levine, William W. Heiberger, Bernard Meyerson* and *Max Shamis* for plaintiff-appellant.

*Walter G. Evans, William C. Morris* and *Joseph Kane* for third-party plaintiff-appellant.

*James I. Cuff, Richard A. Koehler, Hobart R. Marvin* and *Lillian E. Cuff* for third-party defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.

DAVID R. BROWN, Respondent, *v.* MILDRED H. BROWN, Appellant.

Argued January 11, 1954; decided February 25, 1954.

*Howard T. Hogan* for appellant.

*Meyer F. Goodman* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

ARCHIBALD BROWN, Respondent, *v.* HUGO STINNES CORPORATION, Appellant.

ARCHIBALD BROWN, Respondent, *v.* HUGO STINNES INDUSTRIES, INC., Appellant.

Argued January 5, 1954; decided February 25, 1954.